UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

```
David Benzaquen                )
2919 10th Street, NE           )
Washington, DC 20017           )  Judge _____
                               )  Civil Action No. _____
       PLAINTIFF               )
                               )
   vs.                         )
                               )
                               )
Young Again Nutrition, LLC d/b/a )
Young Again Nutrients          )
1915 Cattle Drive              )
Magnolia, TX 77354             )
                               )
       DEFENDANT               )
                               )
                               )
                               )
                               )
                               )
                               )
                               )
```

COMPLAINT
(Consumer Protection)

THE PARTIES

1.   Plaintiff David Benzquen is a citizen of Washington, DC residing at 2919 10th Street, NE.  Plaintiff brings this action on behalf of himself and the general public.

2.   Based on information and belief, Defendant Young Again Nutrition, LLC ("Young Again") is a Texas Limited Liability Company with a principal place of business at 1915 Cattle Drive, Magnolia, TX 77354.

3.   Based on information and belief, Young Again Nutrition, LLC does business under the name Young Again Nutrients.

4. Based on information and belief, the registered agent for Young Again is Preston L. Dodson and the registered office is 500 West Main Street, Tomball, TX 77375.

## JURISDICTION AND VENUE

5. This court has jurisdiction over Young Again pursuant to D.C. Code § 13-423(a) and D.C. Code § 13-334 (2005).

6. This court has jurisdiction over the subject matter pursuant to 28 USC § 1332 (2005).

7. Venue is properly based in this District under 28 USC § 1391(a) (2005).

## THE TRANSACTION

8. On November 16, 2006 Plaintiff purchased Maximum Prostate with Beta-Sitoserol ("the Product") through Young Again's website for $30.00 plus $5.25 for shipping.

9. Plaintiff purchased the Product through Young Again's website through a computer located in the District of Columbia.

10. Plaintiff's order requested shipping to a location in the District of Columbia.

## REGULATORY FRAMEWORK

11. A Federal Register notice dated February 27, 1990, titled "Benign Prostatic Hypertrophy Drug Products for Over-the-Counter Human Use" established that no drug product offered for over-the-counter (OTC) human use for Benign Prostatic Hypertrophy is generally recognized as safe and effective.

12. On May 26, 2000, the FDA rejected a petition to authorize a health claim concerning the relationship between a dietary supplement containing saw palmetto and benign prostatic hyperplasia (BPH). The model claim set forth in the petition was: "Consumption of 320mg daily of Saw Palmetto may improve urine flow, reduce nocturia and reduce voiding urgency associated with benign prostatic hyperplasia (BPH)."

13. In its denial of the petition, the FDA stated that the model claim "explicitly describes the mitigation of disease by treating its symptoms and establishes the intended use of products bearing the claim as a drug." The FDA's determination that a claim to treat the symptoms of BPH is a disease claim was upheld in Whitaker v. Thompson, 239 F.Supp. 2d 43 (D.D.C. 2003) and affirmed on appeal in Whitaker v. Thompson, 353 F.3d 947 (D.C. Cir. 2004).

14. A product is a drug under § 201(g)(1)(B) of the Act if it is intended to treat, mitigate, cure or prevent disease.

15. A product which is not generally recognized as safe and effective when used as labeled is a new drug under § 201(p) of the Act.

16. Under § 505 of the Act, a new drug may not be legally marketed in the United States without an approved New Drug Application (NDA).

DEFENDANT'S COURSE OF CONDUCT

17. Based on information and belief, Defendant has advertised, offered for sale, sold, and distributed the Product in interstate commerce as defined under the Federal Food, Drug, and Cosmetic Act ("the Act").

18. Based on information and belief, Defendant owns or operates one or more websites through which consumers can directly purchase the Product.

19. Based on information and belief, the websites through which consumers may directly purchase the Product include, but are not necessarily limited to www.newtrients21.com, www.youngagain.com and www.youngagain.de.

20. Based on information and belief, the website or sites through which retailers, affiliates or wholesalers may directly purchase the Product include, but are not necessarily limited to www.supplementspot.com.

21. On November 17, 2006 at approximately 2:00PM, a customer service representative on the "Live Support" system, using the name "Eric," stated, "All of the ingredients [in

Maximum Prostate] are FDA approved" and that "it [Maximum Prostate] can help with further spreading of cancer cells."

22. Based on information and belief, Defendant has sold or offered for sale the Product to residents of the District of Columbia through its interactive website or sites.

23. Based on information and belief, visitors to the website www.youngagain.com can subscribe to receive, by e-mail or postal mail, Defendant's newsletter, Longevity News.

24. Based on information and belief, visitors to the web site can request to receive by postal mail a catalog of Defendant's products.

25. Based on information and belief, the newsletter has been sent by e-mail or postal mail to residents of the District of Columbia.

26. Based on information and belief, the product catalog has been sent by postal mail to residents of the District of Columbia.

27. In a November 19, 2006 e-mail sent to counsel for Plaintiff, Young Again employee Thomas Aronson stated, "We have a few customers that are located in Washington [DC]."

28. Based on information and belief, Defendant derives substantial revenue from customers in the District of Columbia.

29. The product page for Maximum Prostate includes the following statements:

"Maximum Prostate™ : promotes prostate health and helps to overcome prostate disease without undergoing the use of dangerous drugs."

"Enlarged Prostate, Prostatitis Treatment and Restore Sexual Vitality Naturally
Men! Do You
Get up nights to go to the bathroom?
Have trouble getting Your Stream to Start?
Look for a men's room everywhere you go?
Need to "go" so urgently, you can't wait?
Worried about impotence, sexual dysfunction, and cancer?"

"Unconditionally Guaranteed to Give You Significant Relief in 60 Days or Less! Men, This New Miracle Product May Well Save Your Life! And Restore Your Health."

"This same miracle will protect you from getting prostate cancer and may well help you overcome prostate cancer without having to undergo the use of dangerous drugs, debilitating and dangerous surgery, harmful radiation, and catastrophic microwave damage to your tissues.

"3. This is the only offering of pure beta-sitosterol for nutritional prostate support."

"The miracle is called Maximum Prostate and each capsule contains 300 mg. of beta-sitosterol, the 'prostate miracle.' We absolutely guarantee that if you will take our capsules, 2 daily, for 60 days, that you will experience a significant improvement in your urination problem."

"**Beta-sitosterol is the active ingredient in saw palmetto berries, which have been used for centuries to treat patients with prostate and urinary problems.**"

"... these studies show that beta-sitosterol can be used to cure such conditions as cancer, tumors, diabetes, blood clotting, ulcers, arteriosclerosis, alopecia, and inflammation."

    30.   The product page for the Product includes the following purported testimonials:

"After using Maximum Prostate for 7 days my life has been changed. I now sleep soundly, my urination frequency is normal and the pain is gone!"

"But when I reverse the experiment, go off the Flomax, but stay on the Maximum Prostate), I have NO symptoms of prostate problems! No kidding! I have an appt with my urologist to tell

him I no longer need the Flomax."

"Getting up 8 times a night to 0 the 2nd day on the product and continuing."

"All urination symptoms, urgency, frequency, low flow, dribble gone after 2 days on the product."

    31.  The sales letter page for the Product contains the following statements:

"And think about the frustration-free days ahead without pain...without dizziness...without fatigue or headaches.

Oh, it can happen alright...and it will happen very soon for those who decide today is the day they are going to do something about what can be an embarrassing problem.

. . . .

Maximum Prostate™ with Beta-Sitosterol will make a startling improvement in the quality of your life..."

"That's why I'm so excited about Maximum Prostate™ because it gives you...
Effective, safe prostate support without...

Dangerous side effects – relax, this product is not a synthetic pharmaceutical.

Decreased libido – not hardly, get ready to enjoy your favorite pastime.

Symptoms of impotence – let's just say things will be back to normal

Artificial lowering of PSA scores–increasing cancer risk

Chance of birth defects – eating vegetables does not cause birth defects."

"Maximum Prostate™ works to alleviate the troublesome symptoms that are keeping you up at night."

"Maximum Prostate™ with Beta–Sitosterol has the strength to get to the problem quickly...without debilitating side effects...without wasting your time...without the added expense."

"Guard yourself against the symptoms of BPH. Your best protection is Maximum Prostate™ with Beta–Sitosterol."

    32.  The product page for the Product contains the following words or phrases embedded in the META keywords portion

of the HTML code: "Prostatitis Treatment," "prostate cancer," "high estrogen," "lowers estrogen," "prostate problems," "Enlarged prostate," "Sexual dysfunction," "impotence," "urination problems," "Prostate remedies," and "IMPOTENCE TREATMENT."

33. The statements made by Young Again for the Product suggest that it is intended to treat, prevent, cure or mitigate prostate cancer.

34. The statements made by Young Again for the Product suggests that it is intended to treat, prevent, cure or mitigate prostatitis.

35. The statements made by Young Again for the Product suggests that it is intended to treat, prevent, cure or mitigate BPH.

36. The Product is a drug under § 201(g)(1)(B) of the Act.

37. The Product is an adulterated supplement under 21 U.S.C 342(f)(1)(B).

38. Defendant has marketed the Product to consumers in the District of Columbia without an approved NDA.

**FIRST CAUSE OF ACTION:**

**VIOLATIONS OF D.C. CODE §§ 28-3904(a) (2005)**

39. This Count realleges and incorporates by reference Paragraphs 1-38.

40. Through the use of advertising, product catalogs, websites, product label or labeling, or other means, it has represented, expressly or by implication, that the Product has been clinically proven to be safe and effective for the treatment of BPH or its symptoms.

41. In truth and in fact, the Product has not been clinically proven to be safe and effective for the treatment of BPH or its symptoms.

42. Acting by the means described in Paragraph 21, Defendant has represented that the Product has been approved by the FDA as safe and effective for the treatment, prevention, mitigation, or cure of prostate cancer.

43. In truth and in fact, the Product has not been approved by the FDA as safe and effective for the treatment, prevention, mitigation, or cure of prostate cancer.

44. Through the use of advertising, product catalogs, websites, product label or labeling, or other means, it has represented, expressly or by implication, that the Product has been clinically proven to be safe and effective for the treatment of prostatitis or its symptoms.

45. In truth and in fact, the Product has not been clinically proven to be safe and effective for the treatment of prostatitis or its symptoms.

46. Through the use of advertising, product catalogs, websites, product label or labeling, or other means, it has

represented, expressly or by implication, that the Product has been clinically proven to be safe and effective for the treatment of prostate cancer or its symptoms.

47.  In truth and in fact, the Product has not been clinically proven to be safe and effective for the treatment of prostate cancer or its symptoms.

48.  Defendant has violated §§ 28-3904(a) by representing that the Product has the characteristics, uses and benefits described in Paragraphs 17-38, and incorporated here by reference, which in fact it does not have.  Defendant made these representations in willful disregard for the rights of consumers.

## SECOND CAUSE OF ACTION:

## VIOLATIONS OF D.C. CODE §§ 28-3904(e) and (f) (2005)

49.  This Count realleges and incorporates by reference paragraphs 1-48.

50.  Through the use of advertising, product catalogs, websites, product label or labeling, or other means, Defendant has represented, expressly or by implication:

    a. The Product is the only offering of pure beta-sitosterol for nutritional prostate support.

    b. Beta-sitosterol has been proven by published clinical studies to be the most effective treatment for prostate problems.

      c. The Product will improve urinary function in every individual who uses the product as directed.

51. In truth and in fact, the Product is not comprised of pure beta-sitosterol, but contains other ingredients.

52. In truth and in fact, pure beta-sitosterol as a dietary supplement for nutritional prostate support can be obtained from other sources.

53. In truth and in fact, beta-sitosterol has not been proven by published scientific studies to be the most effective treatment for prostate problems.

54. In truth and in fact, not every user of the Product experiences an improvement in urinary function.

55. Through its web site, package labeling and other means, Defendant has represented, expressly or by implication that it possessed and relied upon a reasonable basis that substantiated the representations set forth in Paragraph[] at the time the representations were made.

56. In truth and in fact, Defendant did not possess and rely upon a reasonable basis that substantiated the claims set forth in Paragraph 50 above at the time the representations were made.

57. Defendant knew or should have known that the statements made in Paragraph 50 were false or misleading.

58.  Defendant has violated D.C. Code § 28-3904(e) and (f) by misrepresenting or omitting material facts which tend to mislead consumers, as described in paragraph 17-38.  Defendant's misrepresentations or omissions were made in willful disregard for the rights of consumers.

### THIRD CAUSE OF ACTION:
### VIOLATIONS OF D.C. CODE § 28-3904(x)

59.  This Count realleges and incorporates by reference paragraphs 1-58.

60.  Defendant has violated D.C. Code § 28-3904(x) by selling consumer goods in a condition or manner not consistent with that warranted by operation or requirement of federal law, as described in Paragraphs 61-63 below.  Defendant acted in willful disregard for the rights of consumers.

61.  Defendant has violated the requirements of 21 USC § 355 by delivering into interstate commerce a new drug, the Product, without an approved NDA.

62.  The Product is a misbranded drug under 21 USC § 352(a) because its labeling is false or misleading.

63.  The acts and practices of Defendant as alleged in this complaint constitute unfair or deceptive act or practices, and the making of false advertisements, in or affecting interstate commerce in violation of Sections 5(a) and 12 of the Federal Trade Commission Act.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court, pursuant to D.C. Code § 28-3905(k)(1) and its own equitable powers, to:

(1) Enter judgment against the Defendant and in favor of Plaintiff for each violation alleged in this complaint;

(2) Award Plaintiff a civil monetary penalty of $1,500.00;

(3) Award Plaintiff punitive damages of $75,000.00;

(4) Award Plaintiff costs and reasonable attorney's fees;

(5) Temporarily, preliminarily, and permanently enjoin Defendants from engaging in, or assisting others engaged in, violations of D.C. Code § 28-3904 (2005);

(6) Award Plaintiff any other relief which the Court deems proper.

Respectfully Submitted,

/s/ Jeffrey Light

Jeffrey L. Light
D.C. Bar #485360
Patients not Patents, Inc.
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213

Attorney for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

06-2012
E RCL

## I (a) PLAINTIFFS

David Benzaquen

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   11001
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Young Again Nutrition d/b/a/
Young Again Nutrients

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jeffrey Light
Patients not Patents, Inc.
1712 Eye St., NW Suite 915
Washington, DC 20006   (202) 277-6213

CASE NUMBER 1:06CV02012

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 11/27/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ● E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| rpus) | H. Employment Discrimination | I. FOIA/PRIVACY ACT | J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1332 (Diversity) Violations of D.C.'s Consumer Protection and Procedures Act

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 76,500   Check YES only if demanded in compl.
JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 22 Nov 2006 / 11/27/06   SIGNATURE OF ATTORNEY OF RECORD  [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.