UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J.*
*12/14/06*

| | |
|---|---|
| DAVID BENZAQUEN | § |
| | § |
| VS. | § CASE NO. 1:06CV02012 |
| | § |
| YOUNG AGAIN NUTRITION, LLC d/b/a | § JUDGE ROYCE C. LAMBERTH |
| YOUNG AGAIN NUTRIENTS | § |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Young Again Nutrition, LLC d/b/a Young Again Nutrients, Defendant in the above-styled cause and would show the Court as follows:

Defendant, Young Again Nutrition, LLC d/b/a Young Again Nutrients, filed for protection under Chapter 7 of the United States Bankruptcy Code on November 3, 2006. Said proceeding was filed in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, and was assigned case number 06-35903. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A".

Respectfully submitted,

ROGERS ANDERSON & BENSEY, PLLC

_____
Barbara M. Rogers
TBN 17163200
2200 North Loop West, Suite 310
Houston, Texas 77018
Phone: (713) 957-0100
Fax: (713) 957-0105
b.m.rogers@att.net

Bankruptcy Counsel for Young Again Nutrition, LLC

## CERTIFICATE OF SERVICE

    I hereby certify a true and correct copy of the foregoing *Suggestion of Bankruptcy* has been served upon counsel for Plaintiff as follows by first class mail, postage prepaid, on this the 6th day of December 2006.

Jeffrey L. Light
Patients not Patents, Inc.
1712 Eye St., NW, Suite 915
Washington, DC  20006
Attorney for Plaintiff

_____
Barbara M. Rogers

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/03/2006 at 11:14 AM and filed on 11/03/2006.

**Young Again Nutrition, LLC**
1935 Cattle Drive
Magnolia, TX 77354
Tax id: 75-3070664



The case was filed by the debtor's attorney:

**Barbara Mincey Rogers**
Rogers, Anderson & Bensey, PLLC
2200 North Loop West, Suite 310
Houston, TX 77018
713-957-0100

The case was assigned case number 06-35903.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, PO Box 61288, Houston, TX 77208.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Michael N. Milby**
Clerk, U.S. Bankruptcy Court

EXHIBIT: A
PAGE: 1 OF: 1