# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVID BENZAQUEN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. No. 06-2012 (RCL)** |
| | ) | |
| **YOUNG AGAIN NUTRITION, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER

In light of the Suggestion [2] of Bankruptcy filed by defendant, proceedings herein are STAYED pending conclusion of the bankruptcy proceedings. Defendant shall notify plaintiff and this Court when those proceedings are terminated.

This case shall be administratively terminated on the active dockets of this Court, subject to reopening when the bankruptcy proceedings are concluded.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 12, 2007.